UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,

    Plaintiff,

v.                                                                                  Case No. 3:18cv304-MCR-CJK

STATE OF FLORIDA, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On February 28, 2018, the undersigned entered an order (doc. 4) advising plaintiff of deficiencies in his complaint and motion to proceed *in forma pauperis*. The undersigned directed the clerk of court to send plaintiff forms for both and allowed plaintiff 30 days in which to file an amended complaint and either pay the $400.00 filing fee or file a properly completed motion to proceed *in forma pauperis*. The undersigned advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

Plaintiff filed an amended complaint within the time allowed; he did not, however, file a fully completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee. The undersigned thus entered another order (doc. 9) directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. In response, plaintiff filed a document "deny[ing] the request to show cause" and purporting to "strip[ ]" the undersigned "entirely and fully of any and all judicial powers and duties extended through, Article III section 1, section 2, and section 3, indefinitely as well as compensation for services in office, until the President of the United States deems otherwise in writing, in person or by proxy." Doc. 10 at p. 1. Plaintiff then filed an "Order Removing Judge From Case" in which he states the undersigned "is hereby de-benched, disbared, and stripped of duties and powers under Article III section 1, section 2 part [1, 2, 3], and section 3 part [1] as well as any compensation for occupying said office, permanently until a full investigation by US Marshalls is conducted for judicial misconduct." Doc. 11 at p. 1.[*] Plaintiff has neither filed a fully completed motion to proceed *in forma pauperis*, paid the $400.00 filing fee, nor explained his failure or inability to do so.

---

[*]This document appears to be identical to a paper filed in Case 3:18cv303, with the exception that Chief Magistrate Timothy's name has been blacked out and replaced with the name of the undersigned.

Case No. 3:18cv304-MCR-CJK

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 8th day of May, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  See U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**