**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**PATRICK ANTHONY RIBBING,**

    **Plaintiff,**

**v.**                                                       **Case No. 3:18cv304-MCR-CJK**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## **ORDER**

This cause is before the Court on the Magistrate Judge's Report and Recommendation dated May 8, 2018 (ECF No. 12). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a <u>de novo</u> determination of the timely filed objections, ECF No. 13.

Having considered the Report and Recommendation, and the objections, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. The Clerk shall close the file.

**DONE AND ORDERED** this 7th day of June 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**